**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANE DOE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JBF RAK LLC, *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:14-cv-00979-MMD-GWF <br><br> **ORDER** |

**IT IS HEREBY ORDERED** that the Clerk of Court is to provide Plaintiff's counsel with a certified copy of the Complaint for service pursuant to Hague Convention.

DATED this 7th day of July, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge