**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANE DOE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JBF RAK LLC, a foreign corporation, ) <br> CHEERAG B. ARYA, a foreign citizen, VEENA ) <br> BHAGIRATH ARYA, a foreign citizen, AMIT ) <br> GHANDI, a foreign citizen, et.al. ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:14-cv-00979-MMD-GWF <br><br> **<u>ORDER</u>** |

This matter is before the Court on Defendants' Motion to Extend Time to Answer or Otherwise Respond to the Complaint (#44) filed August 4, 2014.  Upon review and consideration,

**IT IS HEREBY ORDERED** that Defendants' Motion to Extend Time to Answer or Otherwise Respond to the Complaint (#44) is **granted** in part and **denied** in part.  Defendants JBF RAK LLC and Cheerag B. Arya shall filed a responsive pleading to the Complaint on or before **August 15, 2014**.

DATED this 5th day of August, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge