# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, | ) |
| Plaintiff, | ) Case No. 2:14-cv-00979-RFB-GWF |
| vs. | ) **ORDER** |
| JBF RAK LLC, a foreign corporation, CHEERAG B. ARYA, a foreign citizen, VEENA BHAGIRATH ARYA, a foreign citizen, AMIT GHANDI, a foreign citizen, et.al. | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Proposed Discovery Plan and Scheduling Order (#69), filed on October 29, 2014.  Plaintiff has submitted a proposed discovery plan and scheduling order, but represents that Defendants object to discovery commencing while their motions to dismiss are pending.  Defendants are admonished that the filing of a motion to dismiss does not automatically result in a stay of discovery or the requirement to file a discovery plan and scheduling order.  If Defendants desire a stay of discovery, then they must file a motion for stay, or a stipulation setting forth the justification for entry of a stay order.  Because Defendants' motion to dismiss challenges personal jurisdiction over the Defendants in this district, however, it is the type of motion for which a stay of discovery may be granted.  Accordingly,

**IT IS HEREBY ORDERED** that Defendants shall file an appropriate motion to stay discovery on or before **November 7, 2014**, or shall file a proposed discovery plan and scheduling order by the same date.

DATED this 30th day of October, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge