# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA HENNING, | |
|        Plaintiff, | Case No. 2:14-cv-00979-RFB-GWF |
| vs. | **ORDER** |
| CHEERAG B. ARYA, *et al.*, | |
|        Defendants. | |

This matter is before the Court on Thomas L. Kirsch, Esq.'s Motion to Withdraw as Counsel for Defendant Cheerag Arya (ECF No. 144), filed on October 3, 2017.

Counsel represents that Thomas L. Kirsch, Esq. is no longer associated with the law firm of Winston & Strawn LLP. Therefore, counsel requests that Thomas L. Kirsch, Esq. be removed as attorney of record for Defendant. The Court finds that counsel has provided good cause to justify granting the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Thomas L. Kirsch, Esq.'s Motion to Withdraw as Counsel for Defendant Cheerag Arya (ECF No. 144) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Thomas L. Kirsch, Esq. from the CM/ECF service list in this case.

DATED this 4th day of October, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge