WINSTON & STRAWN LLP
DAN K. WEBB (pro hac vice)
dwebb@winston.com
Illinois Bar No. 2954087
MATTHEW R. CARTER (pro hac vice)
mcarter@winston.com
Illinois Bar No. 6289187
MICHAEL S. BERGERSON (pro hac vice)
Illinois Bar No. 6302397
mbergerson@winston.com
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (NV Bar No. 1216)
djc@campbellandwilliams.com
J. COLBY WILLIAMS, ESQ. (NV Bar No. 5549)
jcw@campbellandwilliams.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Defendant Cheerag B. Arya*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA HENNING, | Case No. 2:14-cv-00979-RFB-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO STAY FURTHER PROCEEDINGS** |
| CHEERAG B. ARYA, | |
| Defendant. | |

WHEREAS, Plaintiff and Defendant jointly seek to stay discovery and other proceedings in this case, pending the issuance of the Court's written orders on Defendant's Renewed Motion to Dismiss (ECF No. 130), Defendant's Motion to Stay (ECF No. 149), and Plaintiff's Motion to Clarify (ECF No. 149).

1

WHEREAS, good cause exists for the requested stay; namely, that the parties believe that discovery and other proceedings would be unduly prejudicial and burdensome without the Court's written orders identified above, and for the reasons outlined in their pending motions (ECF No. 148, ECF No. 149).

WHEREFORE, Plaintiff and Defendant respectfully request that the Court stay all deadlines for discovery and other proceedings in this matter until 14 days after the issuance of the Court's written orders identified above.

Dated: December 1, 2017

Respectfully Submitted,

By: /s/ *Michael S. Bergerson*
DAN K. WEBB
MATTHEW R. CARTER
MICHAEL S. BERGERSON, JR.
WINSTON & STRAWN LLP

DONALD J. CAMPBELL, ESQ. (NV Bar No. 1216)
J. COLBY WILLIAMS, ESQ. (NV Bar No. 5549)

*Attorneys for Defendant*

By: /s/ *G. Mark Albright*
G. MARK ALBRIGHT, ESQ.
ALBRIGHT, STODDARD,
WARNICK & ALBRIGHT
801 South Rancho Drive, Suite D4
Las Vegas, Nevada 89106
*Attorneys for Plaintiff*

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
United States District Judge

DATED this 5th day of December, 2017.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was served on the 1st day of December, 2017, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ *Michael S. Bergerson, Jr.*
Winston & Strawn LLP