# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA HENNING, | Case No.: 2:14-cv-00979-RFB-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| CHEERAG B. ARYA, | |
| Defendant(s). | |

Pending before the Court is Defendant's motion to stay discovery. Docket No. 171. Any response shall be filed by August 13, 2018, and any reply shall be filed by August 14, 2018.

IT IS SO ORDERED.

Dated: August 9, 2018

_____
Nancy J. Koppe
United States Magistrate Judge