WINSTON & STRAWN LLP
DAN K. WEBB (*pro hac vice*)
dwebb@winston.com
Illinois Bar No. 2954087
MATTHEW R. CARTER (*pro hac vice*)
mcarter@winston.com
Illinois Bar No. 6289187
MICHAEL S. BERGERSON, JR. (*pro hac vice*)
mbergerson@winston.com
Illinois Bar No. 6302397
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

CAMPBELL & WILLIAMS
DONALD J. CAMPBELL (NV Bar No. 1216)
djc@campbellandwilliams.com
J. COLBY WILLIAMS (NV Bar No. 5549)
jcw@campbellandwilliams.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Defendant Cheerag B. Arya*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA HENNING, | Case No. 2:14-cv-00979-RFB-~~GWF~~ NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING** |
| CHEERAG B. ARYA, | **(First Request)** |
| Defendant. | |

WHEREAS, on December 17, 2018, the Court issued its order granting in part and denying in part Defendant's Motion to Strike (ECF No. 169) and denying Defendant's Motion to Dismiss (ECF No. 170), which by rule sets December 31, 2018, as Defendant's deadline to file a responsive pleading to Plaintiff's Second Amended Complaint;

1

WHEREAS, Defendant seeks to extend the deadline under Fed. R. Civ. P. 12(a) by which he must file a responsive pleading in this matter by 14 days, to January 14, 2019;

WHEREAS, Plaintiff does not object to Defendant's request to extend the deadline for responsive pleading by 14 days, to January 14, 2019;

WHEREAS, good cause exists for this first request for an extension on Defendant's responsive pleading deadline, namely, that Defendant's counsel has previously scheduled work and personal obligations prior to the current December 31, 2018 responsive pleading deadline that counsel is unable to reschedule;

WHEREFORE, Defendant respectfully requests, by agreement with Plaintiff, that the Court extend the deadline for responsive pleading in this matter by 14 days, to January 14, 2019.

Dated: December 19, 2018

Respectfully Submitted,

By: /s/ *Michael S. Bergerson*
DAN K. WEBB
MATTHEW R. CARTER
MICHAEL S. BERGERSON
WINSTON & STRAWN LLP

DONALD J. CAMPBELL, ESQ. (NV Bar No. 1216)
J. COLBY WILLIAMS, ESQ. (NV Bar No. 5549)

*Attorneys for Defendant*

By: /s/ *Joseph A. Gutierrez*
JOSEPH A. GUTIERREZ
Nevada Bar No. 9046
DANIELLE J. BARRAZA
Nevada Bar No. 13822
MAIER GUTIERREZ & ASSOCIATES
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: (702) 629-7900
Facsimile: (702) 629-7925
Email: jag@mgalaw.com
djb@mgalaw.com

DENNIS PRINCE
Nevada Bar No. 5092
EGLET PRINCE
400 S. Seventh Street, Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 450-5400
Facsimile: (702) 450-5451
Email: dprince@egletlaw.com

*Attorneys for Plaintiff Jessica Henning*

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: December 20, 2018