# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JESSICA HENNING,

    Plaintiff(s),

v.

CHEERAG B. ARYA,

    Defendant(s).

Case No.: 2:14-cv-00979-RFB-NJK

**Order**

[Docket No. 195]

    Pending before the Court is a motion to withdraw as counsel for Defendant by all of his attorneys of record. Docket No. 195. Plaintiff filed a notice of non-opposition. Docket No. 196. The Court **DEFERS** ruling on the motion at this time. Especially given that Defendant is in India, *see* Docket No. 195 at 5, the Court has concerns as to how this case can proceed efficiently and without undue delay. Defendant shall file a supplement, no later than March 20, 2019, indicating whether he intends to proceed *pro se* in the event the motion to withdraw is granted or whether he intends to retain new counsel. If Defendant intends to retain new counsel, he shall indicate in the supplement the status of his efforts in that regard and an expected timeline to have new counsel ready to make an appearance in this case on his behalf. If a request to substitute counsel for Defendant is filed before March 20, 2019, the above supplement need not be filed.

//

//

//

1

No later than March 8, 2019, counsel for Defendant shall file a certificate of service indicating that this order has been served on Defendant.

IT IS SO ORDERED.

Dated: March 6, 2019

_____
Nancy J. Koppe
United States Magistrate Judge