# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JESSICA HENNING,

    Plaintiff(s),

v.

CHEERAG B. ARYA,

    Defendant(s).

Case No.: 2:14-cv-00979-RFB-NJK

**Order**

[Docket No. 195]

Pending before the Court is a motion to withdraw as counsel for Defendant due to nonpayment of fees that was filed by all of Defendant's attorneys of record. Docket No. 195. A supplement has been filed indicating that Defendant wishes to retain new counsel within the next two months. Docket No. 201. Defendant has already known for months that his counsel would seek to withdraw absent payment. *See* Docket No. 195-1 at ¶¶ 3-4. Moreover, the instant motion was filed on March 4, 2019. The Court hereby **ORDERS** Defendant to retain new counsel by May 3, 2019, and to have that new counsel file a notice of appearance by that date.[1] <u>The Court is not inclined to grant any extension of this deadline</u>.

Given the circumstances, the Court will otherwise continue to **DEFER** ruling on the motion to withdraw and current counsel shall ensure that all deadlines are met unless and until the Court relieves them of their obligations as counsel of record.

---

[1] Alternatively, to the extent Defendant has a change of heart about proceeding *pro se*, he may file a notice so indicating by May 3, 2019.

1

No later than April 1, 2019, counsel for Defendant shall file a certificate of service indicating that this order has been served on Defendant.

IT IS SO ORDERED.

Dated: March 29, 2019

_____
Nancy J. Koppe
United States Magistrate Judge