UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JESSICA HENNING,

    Plaintiff(s),

v.

CHEERAG B. ARYA,

    Defendant(s).

Case No.: 2:14-cv-00979-RFB-NJK

**Order**

[Docket No. 195]

Pending before the Court is a motion to withdraw as counsel for Defendant due to nonpayment of fees that was filed by all of Defendant's attorneys of record. Docket No. 195. For good cause shown, the motion is **GRANTED**.

Defendant now indicates that he intends to proceed in this action *pro se*. Docket No. 203. The Clerk's Office is **INSTRUCTED** to update the docket to reflect Defendant's *pro se* status, including providing an address as stated on Docket No. 195 at 5. The Court cautions Defendant that, notwithstanding his *pro se* status, he must follow all the applicable rules and comply with all orders. *See, e.g.*, *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995) (*per curiam*). Failure to do so may result in, *inter alia*, the imposition of sanctions.

IT IS SO ORDERED.

Dated: April 17, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1