AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Jessica Henning,

                Plaintiff,

  v.

Cheerag B. Arya, et al.,

                Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:14-cv-00979-RFB-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that DEFAULT JUDGMENT is entered in favor of Plaintiff, Jessica Henning, and against Defendant, Cheerag B. Arya, for Plaintiff's conversion and fraudulent misrepresentation claims as follows:
1. For conversion damages sustained by Plaintiff in the amount of $2,126,567.
2. For fraudulent misrepresentation damages sustained by Plaintiff in the amount of $1,823,338.
3. For prejudgment interest from the time of service of the summons and complaint, July 1, 2014.
4. For post-judgment interest at the statutory rate.

 

10/2/23  
Date

DEBRA K. KEMPI  
Clerk

/s/ R. Gador  
Deputy Clerk