AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Jessica Henning,

                Plaintiff,

v.

Cheerag B. Arya et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:14-cv-00979-RFB-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered in favor of Plaintiff and against Defendants.
Plaintiff is awarded $66,787.00 in attorney's fees, $6,125.41 in costs, along with an additional $95,543.55 in fees and costs incurred by prior counsel for a total of $162,330.55 in fees and $6,125.41 in costs.

12/07/2023
Date

DEBRA K. KEMPI
Clerk

/s/ R. Gador
Deputy Clerk